This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CHARTER BANK, a Federal Savings Bank,**

Plaintiff/Counter-Defendant-Appellee,

**v.**                                               **No. 31,564**

**RAYSON, LLC, a New Mexico Limited Liability Company, RAY CHAVEZ, and JOHNNY RAY CHAVEZ,**

Defendants/Counterclaimants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Raymond Z. Ortiz, District Judge**

Moses, Dunn, Farmer & Tuthill, P.C.
Terry Farmer
Albuquerque, NM

for Appellee

Ray Chavez
Johnny Ray Chavez
Albuquerque, NM

Pro Se Appellants

# MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

Dismissed.

**IT IS SO ORDERED.**

_____

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**J. MILES HANISEE, Judge**